**Dismiss and Opinion Filed June 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00018-CR

### DEVONTE WEBB, Appellant
### V.
### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F13-56001-J

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Lang

Devonte Webb was charged by indictment with capital murder. Appellant pleaded guilty pursuant to a plea agreement that reduced the charge to aggravated robbery and capped punishment at forty years' imprisonment. The trial court accepted the plea agreement, found appellant guilty, and sentenced him to forty years' imprisonment. *See Shankel v. State*, 119 S.W.3d 808, 813 (Tex. Crim. App. 2003).

The trial court initially certified that the case does not involve a plea bargain and appellant has the right to appeal. However, in response to a motion by appellant's counsel to determine our jurisdiction, we ordered the trial court to review the record and to file an amended certification that accurately reflects the trial court proceedings. The trial court prepared an amended certification that states the case involves a plea bargain and appellant has no right to

appeal. The trial court noted that appellant was informed on the record that if the trial court followed the plea agreement, appellant would have no right to appeal. The trial court's amended certification is supported by the record. *See* TEX. R. APP. P. 25.2(a), (2); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013); *Dears v. State*, 154 S.W.3d 610, 614 (Tex. Crim. App. 2005).

We dismiss the appeal for want of jurisdiction.

/Douglas S. Lang/

DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
150018F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DEVONTE WEBB, Appellant

No. 05-15-00018-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F13-56001-J.
Opinion delivered by Justice Lang, Justices
Bridges and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered this 30th day of June, 2015.